**Form for Filing a Section 1983 Civil Rights Complaint (by persons not in jail or prison)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
__Aberdeen__ DIVISION

FILED
JAN 25 2018
DAVID CREWS, CLERK
BY_____
Deputy

Keith Higginbotham

_____

_____

_____

(Enter above the full name of the Plaintiff[s]
in this action.)

-vs-

Case No. 1:19cv024-GHD-JMV
(To be assigned by Clerk)

Vernon Eichelberger

Chief L M Claiborne, Jr.

Hon. Judge George Mitchell Jr.

Neal Higgason

(Enter above the full name of ALL Defendant[s]
in this action. Fed. R. Civ. P. 10(a) requires that
the caption of the complaint include the names of
all the parties. Merely listing one party and "et al"
is insufficient.)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983**
**(by persons not in jail or prison)**

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. If more than one plaintiff, attach an additional sheet that provides each plaintiff's name and address.)

A.  Name of Plaintiff: Keith Higginbotham
    Address: 1415 Ricks Rd. Noxapater MS, 39346

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional

defendants.)

 B. Defendant, __Vernon Eichelberger_____, is employed as
  __L-3 Shift Captain_____
  at __Louisville Police Department_____.

 C. Additional Defendants:
  __Chief L.M. Claiborne Chief of Police Louisville Police Department_____
  __Hon. George Mitchell Jr. Judge Mississippi's 5th Circuit_____
  __Neal Higgason Warden Winston County Correctional Facility_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case, that is, what happened that caused you to file this complaint. Describe how each defendant is involved. Include also dates and places where the complained of events occurred. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

__Please see attached sheets.__

V. State the names of witnesses who would testify for you or on your behalf, and state **briefly** what they would say.

| WITNESS'S NAME | WHAT THIS WITNESS WOULD SAY |
|---|---|
| Shannon Higginbotham | She was present and can testify to the events. |

| | |
|---|---|
| Patrick Estes | He told me disturbing things about the officer involved. What he would say now I'm not sure |

VI. Name all **documents** that you know of which would support your claim and state **briefly** what each document says or shows.

| DOCUMENT | WHAT THE DOCUMENT SAYS OR SHOWS |
|---|---|
| officers police report | What he says happened during this event |
| Court reporters transcript | officers testimony under oath in court, and other interactions with Judge |
| Surveillance Video | Shows the officer making false statements |

VII. Explain how you were injured (incurred medical costs, incurred physical injury and/or emotional distress, etc.)
Financial Loss, Emotional distress

VIII. Relief

State briefly exactly what you want the court to do for you.
I want accountability above all else. I represented myself through most of this, but there still was a lot of time and money involved.

_____
_____
_____
_____
_____
_____
_____
_____

IX. Jury Demand

I would like to have my case tried by a jury.

☐ Yes

☒ No

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 26th day of december, 20 18 .

_[signature]_

_____
_____
_____

(Signature of Plaintiff/Plaintiffs)

I will keep this brief. I want the evidence from the official court file, and video to speak for itself. The corruption in this department runs all the way to the top. The court system operates as it always does just not much is ever said about the way it screws people especially the low-income people that can't get help from an attorney.

I will briefly highlight the undisputable facts of this case. During trial, I got a subpoena for the surveillance tape from Walmart. A procedural issue kept it out of trial because I was on my own for most of this. The officer filed an arrest/police report, and the transcribed testimony; under oath, in court.

In the report the officer says he came out the store and an unknown white male was waiting by his car. He says I was using profanity, and shouting racial obscenities toward him. He says I was causing a scene and a group gathered and he had to hold them back from getting me. He testified I resisted arrest a little, and he continued saying I was still ranting at the jail. These main points are disputed by the video. It shows I was behind him coming out the store. It shows there was no group, he held nobody back which explain why he didn't have much of an answer in court about the witnesses in this group that they never even got so much as a name of anyone in this group. As far as the jail is concerned I have no proof of what didn't happen there, and that is because the warden Higginson decided he didn't have to respond to a lawfully obtained subpoena. If that video was available then, it probably won't be now for sure. Read his testimony and read the police report then watch the video I should have never been arrested to begin with.

### Vernon Eichelberger

1. Violated defendants 1st amendment right to free speech.
2. Violated defendants 6th amendment right to a fair trial.
3. Violated defendants 4th amendment right for the arrest.

Peaceful protest of the city government. Whether I was right or wrong does not matter. The constitution protects my right to protest, and speech. In this case the video contradicts a lot of the officers' statements. It even questions the charge of public profanity. I did **not** use profanity, but even if I did it wouldn't been a crime because the statute stats to be unlawful it has to be in front of 2 or more people. The other charge disorderly conduct cannot be valid because with a peaceful protest this charge is not possible. I simply stated something that I felt he was doing wrong, and he did not like it. The surveillance video proves the officer lied on the police report, and lied under oath in court; which, both are crimes. These crimes are more serious than other because they were both done for the sole purpose of a law enforcement officer using the power of the position to gain a conviction for crimes that never happened. Both charges were eventually dismissed. When the officer lied under oath that alone violated the right to a fair trial. There was no probable cause for the arrest. People lie the video evidence does not. Video shows clearly the officer filed a report knowing the information was false, and did the same thing with his testimony. These actions should not, and cannot ever be acceptable from any law enforcement official.

### Chief L.M Claiborne

1. Violated defendants 1st amendment right to free speech.
2. Violated defendants 6th amendment right to a fair trial.

I am not an attorney, nor could I afford to hire one. Both courts denied to give me one, so I had to go about defending myself on my own without knowing how to much of anything. In this process I was intimidated and threatened with arrest. I had served two subpoena's one for the body cam which he did comply with a statement said none existed. The other was for the department standard operating procedure manual which he just plain ignored. Can't have a fair trial if they give me nothing, I could have used to support my defense. Ignoring that subpoena violated my right to fair trial.

### Neil Higgason

1. Violated defendants 6th amendment right to a fair trial.

He just plain ignored a subpoena for video evidence at the jail. This could have assisted my defense. That video would have been an important piece of evidence that I never got answered.

### George Mitchell Jr.

1. Violated defendants 6th amendment right to a fair trial.

After the trial this judge allowed the officer to approach and whisper in his ear. For a judge the appearance of bias is unacceptable. I had the chief subpoena to testify, but he sit next to the judge I was supposed to have an impartial judge not a judge in the pocket of the police which is exactly what it looked like in the courtroom. Whether or not they influenced him is unknown but it sure

looked like it. The second part was after trial was over he had me stand up and proceeded to accuse me of other possible felony's that never happened and never was charged. Due process went out the window there. This exchanged was transcribed.

This situation was bad cops, bad judges and city attorney that cared nothing about getting to the truth just getting a conviction. all to cover for a long-time officer that did commit perjury and filing a false report. In this complaint I'm asking for legal fees, and the emotional distress for doing this for 2 years. I have PTSD from military this situation didn't help me any mentally.

FROM:
Keith Higginbotham
1415 Ricks Rd
Noxapater, MS 39346

CERTIFIED MAIL
7013 0600 0000 2101 1907

TO:
United States District Court
Northern District Mississippi
Office of the clerk
303 gilmore dr
Amory MS 38821

RECEIVED
JAN 25 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI



02 1P
0001987836
MAILED FROM ZIP CODE 39346
$ 008.250
JAN 09 2019
US POSTAGE PITNEY BOWES