# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**KEITH HIGGINBOTHAM**                                                    **PLAINTIFF**

V.                                                       **NO. 1:19CV24-GHD-JMV**

**VERNON EICHELBERGER, ET AL.**                            **DEFENDANTS**

## AMENDED ORDER

Before the Court is Keith Higginbotham's motion for additional time until June 1, 2019, to either pay the filing fee or show cause why his IFP motion should not be denied. The Court finds Mr. Higginbotham's request well taken. Accordingly, it is

**ORDERED** that on or before June 3, 2019, Mr. Higginbotham must either pay the full fee for filing this action or show cause in writing why his IFP motion should not be denied. Plaintiff is warned that failure to comply with the Court's orders or keep the Court informed of a current mailing address could lead to dismissal of this case.

This 29th day of April, 2019.

                                                                /s/ Jane M. Virden
                                                                 U. S. Magistrate Judge