IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KEITH HIGGINBOTHAM                                    PLAINTIFF

V.                                                          NO. 1:19CV24-GHD-JMV

VERNON EICHELBERGER, ET AL.                          DEFENDANTS

## ORDER

Before the Court are City of Louisville's Motion to Stay Proceedings [33], Winston County Sheriff's Office's Motion [34] for Joinder in Municipal Defendant's Motion to Stay Proceedings, and Plaintiff's Motion for Time [37]. The Court has duly considered each motion and grants them as follows:

1. The City's Motion [33] is granted to the extent that discovery and the case management conference in this matter are hereby **STAYED** until the earlier of disposition of the pending dispositive motions [26 and 31] or March 31, 2020.

2. Winston County's Motion [34] for Joinder is granted.

3. Plaintiff's Motion [37] is granted in part, and this case is stayed as set out in No. 1 above.

SO ORDERED this 3rd day of September, 2019.

                                                  /s/ Jane M. Virden
                                                  U. S. Magistrate Judge