IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KEITH HIGGINBOTHAM                                       PLAINTIFF

V.                                                        Cause No. 1:19-cv-24-GHD-DAS

CITY OF LOUISVILLE, MISSISSIPPI; and
WINSTON COUNTY SHERIFF'S OFFICE                    DEFENDANTS

**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
AND MOTION TO DISMISS**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) The Defendant City of Louisville, Mississippi's motion for judgment on the pleadings [Doc. No. 31] is GRANTED;

(2) the Defendant Winston County Sheriff's Office's motion to dismiss [Doc. No. 26] is GRANTED; and

(3) the Plaintiff's Claims are DISMISSED, and this case is CLOSED.

THIS, the ___ day of October, 2019.

_____
SENIOR U.S. DISTRICT JUDGE

1